## State of New York
### Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  September 11, 2014            517965
_____

In the Matter of JAMES LEWIS,
                    Appellant,

        v                          MEMORANDUM AND ORDER

BRIAN FISCHER, as Commissioner
    of Corrections and
    Community Supervision,
                    Respondent.
_____

Calendar Date:   August 4, 2014

Before:   Lahtinen, J.P., McCarthy, Garry, Devine and Clark, JJ.

_____

        James Lewis, Marcy, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

_____

        Appeal from a judgment of the Supreme Court (Muller, J.), entered November 22, 2013 in Essex County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review two determinations of respondent finding petitioner guilty of violating certain prison disciplinary rules.

        Judgment affirmed.  No opinion.

        Lahtinen, J.P., McCarthy, Garry, Devine and Clark, JJ., concur.

ORDERED that the judgment is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court